HON. RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST SHEET METAL WORKERS ORGANIZATIONAL TRUST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> D.J. MECHANICAL, INC., <br><br> Defendant. | No. 2:15-cv-00719-RAJ <br><br> [PROPOSED] ORDER GRANTING DEFAULT JUDGMENT |

IT IS HEREBY ORDERED that Plaintiffs' Motion for Default Judgment is GRANTED and judgment shall be entered in favor of Plaintiffs against Defendant D.J. Mechanical, Inc. as follows:

(1) Two Hundred, Fifty-Eight Thousand, One Hundred, Seventy-Six and 81/100 Dollars ($258,176.81) for the full outstanding amount due to Plaintiffs for delinquent employee benefit contributions due for the period of November 2010 through June 2016, with interest at the rate of .57% per annum until paid;

ORDER FOR ENTRY OF DEFAULT
JUDGMENT - 2:15-cv-00719-RAJ- 1

LAW OFFICES OF
ROBBLEE DETWILER & BLACK
═══════════════════════════
2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121
(206) 467.6700·· FAX (206) 467-7589

    (2)    Fifty Thousand, Four Hundred, Sixty-Eight and 07/100 Dollars ($50,468.07) in liquidated damages for the period of November 2010 through June 2016, with interest at the rate of .57% per annum until paid;

    (3)    Eighty-Two Thousand, Eight Hundred, Fourteen and 09/100 Dollars ($82,814.09) in pre-judgment interest through December 19, 2016 on November 2010 through June 2016 unpaid contributions, with interest at the rate of .57% per annum until paid;

    (4)    Nine Hundred, Two and 50/100 Dollars ($902.50) in costs, with interest at the rate of .57% per annum until paid; and

    (5)    Sixteen Thousand, Two Hundred, Fifty-Four Dollars ($16,254.00) in attorneys' fees, with interest at the rate of .57% per annum until paid.

DATED this 19th day of December, 2016.

_[signature]_

The Honorable Richard A. Jones
United States District Judge

ORDER FOR ENTRY OF DEFAULT
JUDGMENT - 2:15-cv-00719-RAJ- 2

LAW OFFICES OF
ROBBLEE DETWILER & BLACK
===========================
2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121
(206) 467.6700·· FAX (206) 467-7589